1  Scott E. Davis
   State Bar No. 016160
2  SCOTT E. DAVIS, P.C.
   20827 North Cave Creek Road, Suite 101
3  Phoenix, AZ  85024

4  Telephone:  (602) 482-4300
   Facsimile:    (602) 569-9720
5  email: davis@scottdavispc.com

6  *Attorney for Plaintiff Christina Griego*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christina Griego, | Case No.  2:11-cv-02591-ROS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Life Insurance Company of North America, Fidelity Investments Group Employee Short-Term Disability Plan, FMR, LLC., Medical Review Institute of America, Inc., | |
| Defendants. | |

Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

RESPECTFULLY SUBMITTED this 8th day of June, 2012.

By:   */s/ Scott E. Davis, Esq.*
          Scott E. Davis, Esq.
          Attorney for Plaintiff

-1-

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 8, 2012 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Charles H. Oldham, Esq.
Mariscal, Weeks, McIntyre & Friedlander, P.A.
2901 N. Central Ave., Suite 200
Phoenix, AZ 85012-2705

By:   *Lisa L. Martinez*
An employee of Scott E. Davis, P.C.