IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christina Griego,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Life Insurance Company of North America, et al.,<br><br>　　　　Defendants. | CV 11-02591-PHX-ROS<br><br>**ORDER** |

　　　　The Court having been notified that this matter has settled in its entirety (Doc. 14),

　　　　**IT IS ORDERED** this action will be dismissed with prejudice by the Clerk's Office without further notice on **July 9, 2012**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

　　　　**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

　　　　**IT IS FURTHER ORDERED** the Rule 16 Scheduling Conference set June 22, 2012 is **VACATED**.

　　　　DATED this 11th day of June, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge